[Nos. 46814-0-II; 47134-5-II.  Division Two.  October 25, 2016.]

VELMA WALKER ET AL., *Respondents*, v. HUNTER DONALDSON, LLC, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 13-2-08746-0, Susan Serko, J., entered May 23, 2014 and Gerald T. Costello, J., entered September 26, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Johanson, JJ.

[No. 46866-2-II.  Division Two.  October 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHANE ALEXANDRE B PERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03205-0, Philip K. Sorensen, J., entered October 3, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 46950-2-II.  Division Two.  October 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY BLYE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-00474-5, Kevin D. Hull, J., entered November 14, 2014. *Reversed* and *remanded* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Lee, JJ.

[No. 47547-2-II.  Division Two.  October 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHASE HARRISON DEVYVER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00260-4, Kitty-Ann van Doorninck, J., entered May 8, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ.